

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Azeta Durant, Appellant

No. 06-21-00020-CV          v.

Lumberjack Energy, LLC, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 20-0225). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Azeta Durant, pay all costs incurred by reason of this appeal.

RENDERED JULY 21, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk